Case: **4:12−cv−00769**
Assigned To : **Noce, David D.**
Assign. Date : **5/1/2012**
Description: **Gleason v. Northview Village**